

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00157-CV

---

INDUSTRIAL ASPHALT, LLC, APPELLANT

V.

JOSE SANTANA DIAZ, APPELLEE

---

On Appeal from the 345th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-003305, Honorable Jessica Mangrum, Presiding

---

May 15, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Industrial Asphalt, LLC, appeals from the trial court's *Final Judgment*.[1]
Now pending before this Court is Appellant's unopposed motion seeking voluntary
dismissal of the appeal. The Court finds that the motion complies with the requirements
of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the
Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam